**Joshua D. Stadtler, OSB 131613**
Email: jstadtler@dunncarney.com
**Stacie L. Damazo, OSB No. 193479**
Email: sdamazo@dunncarney.com
Dunn Carney Allen Higgins & Tongue LLP
851 SW Sixth Ave., Suite 1500
Portland, Oregon 97204-1357
Telephone:    503.224.6440
Facsimile:    503.224.7324

    Of Attorneys for QPD International, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **QPD INTERNATIONAL, INC.,** a Taiwanese corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>**PORTLAND ACCESSORIES, LLC,** an Oregon Limited Liability Company,<br><br>    Defendant. | Case No. 3:20-cv-01506-YY<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii); and ORDER** |

    Pursuant to FRCP 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto this action may be dismissed with prejudice as to all parties; each party to bear their own attorney fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

/ / /

/ / /

/ / /

/ / /

 Page 1    JOINT STIPULATION FOR DISMISSAL PURSUANT TO
                FRCP 41(a)(1)(A)(ii) AND ORDER

Respectfully submitted,

SLINDE NELSON

Dated: March 9, 2021

By: _____
Joseph Mabe,
Of Attorneys for Portland Accessories, LLC

DUNN CARNEY ALLEN HIGGINS & TONGUE LLP

Dated: March 9, 2021

By: _____
Joshua D. Stadtler
Of Attorneys for QPD International, Inc.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: March 11, 2021

    /s/ Youlee Yim You
The Honorable Youlee Yim You
United States Magistrate Judge

Page 2    JOINT STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii) AND ORDER